IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUGUSTIN E. RODRIGUEZ, | ) | No. C 06-6737 JSW (PR) |
| Petitioner, | ) ) | **SECOND ORDER OF DISMISSAL WITH LEAVE TO AMEND AND** |
| vs. | ) ) | **INSTRUCTIONS TO THE CLERK** |
| T. FELKER, Warden, | ) ) | |
| Respondent. | ) ) ) | (Docket No. 6) |

Petitioner, a prisoner of the State of California, currently incarcerated at High Desert State Prison in Susanville, California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. On April 12, 2007, this Court dismissed the petition based on the failure to allege the violation of a federal right as to claims two and three in the initial petition and granted Petitioner leave to file an amended petition within thirty days. Thereafter, Petitioner filed a motion seeking an extension of time, which is now GRANTED (docket no. 6). Petitioner has since filed an amended petition.

The amended petition is now before the court for review pursuant to 28 U.S.C. §2243 and Rule 4 of the Rules Governing Section 2254 Cases. However, instead of filing an amended petition regarding all of the claims on his initial petition form, Petitioner has filed an amended petition which only addresses the arguments supporting claim two and does not include claim one, or address the violation of a federal right with

regard to claim three in the initial petition.  An amended complaint filed as a matter of course or after leave of court supersedes the original complaint.  "[A] plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint."  *London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981).  It is not clear from Petitioner's filing whether he intended to abandon claims one and three, or whether he has simply failed to include them in the amended petition.  Therefore, the Court will again dismiss the petition with leave to file an amended petition within thirty days of the date of this order.

While Petitioner is free to submit whatever he wishes in support of the petition, he must first clearly and separately set out each claim that he wants the Court to consider on the Court's petition form with a short statement of what federal right was violated and whether he has previously exhausted that claim before the California Supreme Court.  Petitioner may attach any other materials he wishes to include for reference.  The Clerk shall provide Petitioner with a copy of this Court's form petition for a writ of habeas corpus along with this order.

The amended petition will supercede any prior filings and Petitioner is reminded that the amended petition must contain all claims he wishes to pursue.  The amended petition must also contain the caption and civil case number used in this order and the words SECOND AMENDED PETITION on the first page.  However, if Petitioner only wishes to proceed on the claim raised in the amended petition currently before the Court, he need not file the second amended petition and all other claims will be dismissed.

IT IS SO ORDERED.

DATED: May 16, 2007

JEFFREY S. WHITE
United States District Judge

2