IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUGUSTIN E. RODRIGUEZ, | ) | No. C 06-6737 JSW (PR) |
| | ) | |
| Petitioner, | ) | **ORDER STRIKING SECOND AND THIRD CLAIMS FROM ORIGINAL PETITION AND CONSTRUING SECOND AMENDED PETITION AS AMENDMENT TO ORIGINAL PETITION; TO SHOW CAUSE; DENYING APPOINTMENT OF COUNSEL; INSTRUCTIONS TO THE CLERK** |
| vs. | ) | |
| T. FELKER, Warden, | ) | |
| Respondent. | ) | |
| | ) | (Docket No. 10) |

Petitioner, a prisoner of the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. The petition contained three claims: 1) that his due process rights were violated by the improper jury instructions issued by the trial court; 2) that the trial court erred in admitting evidence of the facts underlying a prior conviction as evidence of intent; and 3) that the trial court erred in failing to state reasons for "consecutive sentencing to determinate sentences." On April 12, 2007, this Court found the first claim to be cognizable, but dismissed the second and third claims with leave to amend because they failed to assert any violation of federal law.

Thereafter, Petitioner filed an amended petition. In Petitioner's first amended petition, Petitioner only raised the jury instruction claim, the one claim the Court had founded to be cognizable. Because the Court believed that Petitioner may have omitted his second and third claims mistakenly, the Court gave Petitioner an additional opportunity to amend the petition. In this second order of dismissal with leave to amend,

the Court reminded Petitioner that only the amended petition would be considered and that any claims raised in the earlier petition would be superceded by the filing of an amended petition.  The Court provided Petitioner with another copy of the Court's form petition, which Petitioner was ordered to complete.

Petitioner has filed a second amended petition, but he did not use the Court's form petition.  Petitioner has cured the deficiency in the second and third claims from the amended petition insofar as he now asserts that the admission of evidence violated his federal constitutional right to due process, and that his counsel's failure to object to his sentence violated his constitutional right to the effective assistance of counsel.  However, the second amended petition now omits the first, and only cognizable, claim from the original petition, that the jury instructions violated his right to due process.

Because it appears that Petitioner has again mistakenly failed to include his jury instructions claim in his second amended petition, and because it may not have been clear to Petitioner that his failure to do so would result in the dismissal of such claim from this action, the Court will construes the Second Amended Petition as an amendment to the original petition, strike the second and third claims from the original petition, and allow Petitioner to proceed based on the first claim in the original petition and the two claims set forth in the Second Amended Petition.  Having found such claims to be, when liberally construed, cognizable, an order to show cause will issue.

For the foregoing reasons and for good cause shown,

1. The second and third claims in the original petition, filed October 30, 2006, are STRICKEN and are superseded by the two claims set forth in the June 18, 2007 Second Amended Petition, which is construed as an amendment to the original petition.

2. The Clerk shall serve by certified mail a copy of this order and the **October 30, 2006 petition**, the **June 18, 2007 Second Amended Petition**, and all attachments thereto, on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

2

3. Respondent shall file with the Court and serve on Petitioner, within **sixty (60)** days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on the first claim in the October 30, 2007 petition and the two claims in the June 18, 2007 Second Amended Petition.  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (30)** days of his receipt of the answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.  If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30)** days of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)** days of receipt of any opposition.

5. It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)

6. The circumstances of this case do not warrant appointment of counsel at this time.  Petitioner's motion for appointment of counsel (Docket No. 10) is DENIED.

IT IS SO ORDERED.

DATED: March 19, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AGUSTIN E. RODRIGUEZ,

      Plaintiff,

 v.

T. FELKER et al,

      Defendant.

Case Number: CV06-06737 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Agustin E. Rodriguez
V28080
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: March 19, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk